IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:21-cr-196 |
| DAVID KREISS, | |
| Defendant. | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on or about July 18, 2024, David Kreiss (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 922(g)(1);

WHEREAS, on October 10, 2024, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the following:

- A Ruger, Model 10/22, .22 Caliber Semiautomatic Carbine (S/N 121-54175);
- A Mossberg, Model 835, 12 Gauge Pump Action Shotgun (S/N UM95475);
- A Mossberg, Model 500C, Pump Action Shotgun (S/N L084766);
- A Savage Arms Stevens Model 94, 12 Gauge Break-Open Shotgun (S/N A870153);
- Lorcin, Model L25, .25 caliber pistol with obliterated S/N;
- 540 rounds of .22 caliber ammunition;
- 14 rounds of 12-gauge ammunition; and
- 12 rounds of 16-gauge shotgun ammunition,

(hereinafter, the "Subject Property") was property forfeitable to the United States (Doc. 50 at 1-2);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning October 29, 2024, through and including November 27, 2024 (Docs. 55, 55-1 at 3); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

**SO ORDERED**, this 21st day of April, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA